UNITED STATES DISTRICT COURT
DISTRICT OF MAINE


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 04-CR-37-P-S |
| | ) |
| ERIC BOILARD | ) |
| | ) |
| Defendant | ) |

ORDER OF DETENTION
PENDING REVOCATION HEARING

Pursuant to Federal Rule of Criminal Procedure 32.1, the defendant, Eric Boilard, appeared before this Court on May 2, 2008, on the U.S. Probation Office's Petition to Revoke Supervised Release. At that time, the defendant waived any formal hearing and based upon the petition filed pursuant to the request for issuance of the arrest warrant, I found probable cause to believe that the defendant had violated a condition of his supervised release.

Pursuant to Rule 46(c), Fed. R. Crim. P., the defendant has the burden of establishing that there are conditions or combinations of conditions which will reasonably assure the safety of another person or the community and that there is no danger that he will flee. Accordingly, defendant has requested a release hearing which will be held before this Court on May 27, 2008 at 10:30 a.m.

The final hearing on the Petition to Revoke Supervised Release will be held before this Court on June 13, 2008 at 2:30 p.m.

It is further ORDERED that defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the

1

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with all court proceedings in this matter.

*SO ORDERED.*

Dated May 22, 2008

/s/George Z. Singal_____
George Z. Singal
Chief U.S. District Judge